| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br>Cadet E. Tolliver #893    11-17-06<br><br>C. Signature<br>X Cadet E. Tolliver #893    ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Chief Arthur Baylor<br>Montgomery Police Department<br>320 North Ripley Street<br>Montgomery, AL 36104 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>2:06 CV 1017-WKW<br><br>3. Service Type<br>☑ Certified Mail     ☐ Express Mail<br>☐ Registered        ☑ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7004 1160 0003 5786 2309 | |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952