IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY HICKS, | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *   CASE NO: 2:06-CV-1017-WKW |
| | * |
| THE CITY OF MONTGOMERY and | * |
| CHIEF ARTHUR BAYLOR, | * |
| | * |
|     Defendants. | * |

## ANSWER

Defendants, City of Montgomery ("the City") and Chief Arthur Baylor ("Baylor"), in the above styled action, submit this Answer to Plaintiff's Complaint as follows:

## JURISDICTION AND VENUE

Defendants admit jurisdiction and venue are proper in the Untied States District Court for the Middle District of Alabama, Northern Division.

## PARTIES

1. Admitted.

2. Admitted.

3. Admitted.

## FACTS

1. Defendants admit that Plaintiff is a Captain with the Montgomery Police Department and that Arthur Baylor is Chief of Police of the Montgomery Police Department.

2. Defendants admit that Plaintiff was assigned to the Patrol Division, which is under the command of Major Kevin Murphy for Montgomery Police Department.

3. Defendants deny the allegations in paragraph 3 of Plaintiff's Complaint and demand strict proof thereof.

4. Defendants deny the allegations in paragraph 4 of Plaintiff's Complaint and demand strict proof thereof.

5. Defendants deny the allegations in paragraph 5 of Plaintiff's Complaint and demand strict proof thereof.

6. Defendants deny the allegations in paragraph 6 of Plaintiff's Complaint and demand strict proof thereof.

7. Defendants admit that there was an internal affairs investigation into complaints made against Major Kevin Murphy but deny the remaining allegations in paragraph 7 of Plaintiff's Complaint and demand strict proof thereof.

8. Defendants deny the allegations in paragraph 8 of Plaintiff's Complaint and demand strict proof thereof.

9. Defendants admit that there was an internal affairs investigation into complaints made against Major Kevin Murphy but deny the allegations in paragraph 9 of Plaintiff's Complaint and demand strict proof thereof.

10. Defendants deny the allegations in paragraph 10 of Plaintiff's Complaint and demand strict proof thereof.

11. Defendants deny the allegations in paragraph 11 of Plaintiff's Complaint and demand strict proof thereof.

12. Defendants deny the allegations in paragraph 12 of Plaintiff's Complaint and demand strict proof thereof.

13. Defendants deny the allegations in paragraph 13 of Plaintiff's Complaint and demand strict proof thereof.

14. Defendants deny the allegations in paragraph 14 of Plaintiff's Complaint and demand strict proof thereof.

15. Defendants deny the allegations in paragraph 15 of Plaintiff's Complaint and demand strict proof thereof.

16. Defendants deny the allegations in paragraph 16 of Plaintiff's Complaint and demand strict proof thereof.

17. Defendants deny the allegations in paragraph 17 of Plaintiff's Complaint and demand strict proof thereof.

18. Defendants deny the allegations in paragraph 18 of Plaintiff's Complaint and demands strict proof thereof.

19. Defendants deny the allegations in paragraph 19 of Plaintiff's Complaint and demand strict proof thereof.

20. Defendants deny the allegations in paragraph 20 of Plaintiff's Complaint and demand strict proof thereof.

21. Defendants deny the allegations in paragraph 21 of Plaintiff's Complaint and demand strict proof thereof.

22. Defendants deny the allegations in paragraph 22 of Plaintiff's Complaint and demand strict proof thereof.

23. Defendants deny the allegations in paragraph 23 of Plaintiff's Complaint and demand strict proof thereof.

24. Defendants deny the allegations in paragraph 24 of Plaintiff's Complaint and demand strict proof thereof.

25. Defendants deny the allegations in paragraph 25 of Plaintiff's Complaint and demand strict proof thereof.

26. Defendants deny the allegations in paragraph 26 of Plaintiff's Complaint and demand strict proof thereof.

27. Defendants deny the allegations in paragraph 27 of Plaintiff's Complaint and demand strict proof thereof.

28. Defendants deny the allegations in paragraph 28 of Plaintiff's Complaint and demand strict proof thereof.

29. Defendants deny the allegations in paragraph 29 of Plaintiff's Complaint and demand strict proof thereof.

30. Defendants deny the allegations in paragraph 30 of Plaintiff's Complaint and demand strict proof thereof.

31. Defendants deny the allegations in paragraph 31 of Plaintiff's Complaint and demand strict proof thereof.

32. Defendants deny the allegations in paragraph 32 of Plaintiff's Complaint and demand strict proof thereof.

33. Defendants deny the allegations in paragraph 33 of Plaintiff's Complaint and demand strict proof thereof.

34. Defendants deny the allegations in paragraph 34 of Plaintiff's Complaint and demand strict proof thereof.

35.   Defendants deny the allegations in paragraph 35 of Plaintiff's Complaint and demand strict proof thereof.

36.   Defendants deny the allegations in paragraph 36 of Plaintiff's Complaint and demand strict proof thereof.

37.   Defendants deny the allegations in paragraph 37 of Plaintiff's Complaint and demand strict proof thereof.

38.   Defendants deny the allegations in paragraph 38 of Plaintiff's Complaint and demand strict proof thereof.

39.   Defendants deny the allegations in paragraph 39 of Plaintiff's Complaint and demand strict proof thereof.

40.   Defendants deny the allegations in paragraph 40 of Plaintiff's Complaint and demand strict proof thereof.

41.   Defendants deny the allegations in paragraph 41 of Plaintiff's Complaint and demand strict proof thereof.

42.   Defendants deny the allegations in paragraph 42 of Plaintiff's Complaint and demand strict proof thereof.

43.   Defendants deny the allegations in paragraph 43 of Plaintiff's Complaint and demand strict proof thereof.

44.   Defendants deny the allegations in paragraph 44 of Plaintiff's Complaint and demand strict proof thereof.

45.   Defendants deny the allegations in paragraph 45 of Plaintiff's Complaint and demand strict proof thereof.

## COUNT 1

1. Defendants adopt and incorporate the answers set out in paragraphs 1 through 45 of Plaintiff's Complaint.

2. Defendants deny the allegations in paragraph 2 of Count 1 of Plaintiff's Complaint and demand strict proof thereof.

3. Defendants deny the allegations in paragraph 3 of Count 1 of Plaintiff's Complaint and demand strict proof thereof.

4. Defendants deny the allegations in paragraph 4 of Count 1 of Plaintiff's Complaint and demand strict proof thereof.

5. Defendants deny the allegations in paragraph 5 of Count 1 of Plaintiff's Complaint and demand strict proof thereof.

6. Defendants deny the allegations in paragraph 6 of Count 1 of Plaintiff's Complaint and demand strict proof thereof.

7. Defendants deny the allegations in paragraph 7 of Count 1 of Plaintiff's Complaint and demand strict proof thereof.

8. Defendants deny the allegations in paragraph 8 of Count 1 of Plaintiff's Complaint and demand strict proof thereof.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendants assert that the Complaint fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendants deny that Plaintiff is entitled to any relief.

### THIRD AFFIRMATIVE DEFENSE

Defendants plead the general issue.

### FOURTH AFFIRMATIVE DEFENSE

Defendants deny all material allegations not specifically admitted and demand strict proof thereof.

### FIFTH AFFIRMATIVE DEFENSE

Defendants assert that Plaintiff has failed to state any adverse employment action or damages caused by Defendants which violated Plaintiff's constitutional rights or for which any relief can be granted.

### SIXTH AFFIRMATIVE DEFENSE

Defendants assert that Plaintiff has failed to state any custom or policy of Defendants which violated Plaintiff's constitutional rights or for which any relief can be granted.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants plead substantive, qualified and/or discretionary function immunity.

### EIGHTH AFFIRMATIVE DEFENSE

Defendants plead insufficiency of service of process and insufficiency of process.

### NINTH AFFIRMATIVE DEFENSE

Defendants plead that Plaintiff's Complaint should be dismissed in that Plaintiff has failed to state a claim for which relief can be granted.

### TENTH AFFIRMATIVE DEFENSE

Defendants plead that Plaintiff is not entitled to any award of damages.

## RESERVATION OF DEFENSES

Defendants reserve the right to plead additional defenses as they become known in the course of discovery.

Respectfully submitted this the 7th day of December, 2006.

/s/ Kimberly O. Fehl
Kimberly O. Fehl (FEH001)

City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama  36101-1111
Telephone:  (334) 241-2050
Facsimile:   (334) 241-2310

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing to the following by electronic mail or by placing a copy of same in the United States Mail, postage prepaid, this 7th day of February 2006:

J. Bernard Brannan, Jr.
The Brannan Law Firm, P. C.
602 South Hull Street
Montgomery, AL 36104

/s/ Kimberly O. Fehl
OF COUNSEL

Case 2:06-cv-01017-WKW-WC    Document 4    Filed 12/07/2006    Page 9 of 9

9