IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY HICKS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CASE NO: 2:06-CV-1017-WKW |
| | * |
| THE CITY OF MONTGOMERY and | * |
| CHIEF ARTHUR BAYLOR, | * |
| | * |
| Defendants. | |

**REPORT OF PARTIES PLANNING MEETING**

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on December 28, 2006; Participants were J. Bernard Brannan, Jr. for the Plaintiff and Kimberly O. Fehl for the Defendants, City of Montgomery and Chief Arthur Baylor.

2. Pre-discovery Disclosures. The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) within twenty-one (21) days of the court's Scheduling Conference Order.

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

   a. All discovery will be commenced in time to be completed by January 17, 2008.

   b. A maximum of 60 interrogatories and requests for production of documents (including subparts) may be served by each party. Responses will be due 30 days after service.

   c. A maximum of 20 requests for admission, other than requests for admissions used to authenticate documents, may be served by each party. Responses will be due 30 days after

service.

       d.     A maximum of 12 depositions may be taken by Plaintiff and 12 by Defendant, excluding any experts.

       e.     Subjects of Discovery: the claims and defenses of the parties.

       f.     Each deposition will be limited to eight hours for parties and four hours for non-parties.

       g.     Reports from retained experts under Rule 26(a)(2) are due by Plaintiff on November 25, 2007 and by the Defendant on December 10, 2007.

Supplementations under Rule 26(e) will be due 30 days prior to the discovery cutoff.

4.     Other Items.

       a.     The parties do not request a conference with the Court before entry of the scheduling order.

       b.     The parties cannot realistically evaluate settlement of this matter until near the close of discovery.

       c.     At this time, the parties do not wish the matter to be considered for proceeding under the Court's Alternative Dispute Resolution Plan.

       d.     The parties must file all dispositive motions by October 26, 2007.

       e.     The parties request a pretrial conference on January 24, 2008.

       f.     Plaintiff should be allowed until October 1, 2007 to join additional parties and to amend the pleadings and Defendants should be allowed until October 31, 2007.

       g.     Final lists of witnesses and exhibits under Rule 26(a)(3) will be due from Plaintiff and Defendant on February 22, 2008.

       h.     The parties will have 10 days after service of final lists of witnesses and

exhibits to list objections under Rule 26(a)(3).

       i.   The case should be ready for trial by March 24, 2008 and at this time the trial is expected to take approximately one week.

Dated: December 28, 2006

    /s/ J. Bernard Brannan, Jr.
J. BERNARD BRANNAN, JR.  (BRA022)
Attorney for the Plaintiff
JBB@brannanlaw.com

OF COUNSEL:
THE BRANNAN LAW FIRM, P. C.
602 South Hull Street
Montgomery, Alabama 36104
(334) 264-8118

    /s/ Kimberly O. Fehl
KIMBERLY O. FEHL
Attorney for the Defendants
Post Office Box 1111
Montgomery, Alabama 36101-1111
(334) 241-2050
kfehl@montgomeryal.gov