IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

2007 DEC 19 P 4:52

| | |
|---|---|
| GARY HICKS | * |
| Plaintiff, | * |
| VS. | * CIVIL ACTION NO.: 2:06-CV-1017-WKW |
| THE CITY OF MONTGOMERY | * PLAINTIFF DEMANDS TRIAL BY JURY |
| and | * |
| CHIEF ARTHUR BAYLOR | * |
| Defendants. | * |

**PLAINTIFF'S MOTION TO ALLOW SUBSTITUTION
OF DEPOSITION TESTIMONY**

COMES NOW the Plaintiff and moves the Court to allow the Plaintiff to substitute final copies of the deposition testimony of Chief Arthur Baylor and Major Celia Dixon once final copies have been completed by the Court Reporter, and as grounds would set forth the following:

1. The depositions of Chief Arthur Baylor and Major Celia Dixon were taken on December 12, 2007, as that was the only day available from the filing of the Defendant's Motion for Summary Judgment and the date of submission.

2. The Court Reporter advised that the recorded depositions would be available prior to the submission date of December 19, 2007, but the Court Reporter has since advised the attorney for the Plaintiff that due to a problem with her printer, a final copy has not been prepared. The Court Reporter has emailed a draft of the depositions to the attorney for the Plaintiff, but such is not a final copy.

3. Major Celia Dixon requested to read and sign her deposition, and since a final copy

has not been prepared by the Court Reporter, she has been unable to read and sign.

4. The Plaintiff has submitted with his submission in response to the Defendant's Motion for Summary Judgment the testimony from the deposition provided in draft form from the Court Reporter, with pages numbered by hand and the lines of the deposition not designated.

5. The Plaintiff would move the Court to allow the Plaintiff to substitute the final draft of the deposition and site page and line once a final draft is provided from the Court Reporter, with leave of the Court to make changes, in the event the final draft is different from the draft submitted.

Respectfully submitted this the 19th day of December, 2007.

J. BERNARD BRANNAN, JR. (BRA022)
Attorney for Plaintiff

OF COUNSEL:
THE BRANNAN LAW FIRM, P.C.
602 South Hull Street
Montgomery, Alabama 36104
Telephone:   334/264-8118
Facsimile:    334/263-7598
Email:          jbb@brannanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing on the parties listed below by placing same in the U.S. mail, postage prepaid, on this 19th day of December, 2007.

Kimberly O. Fehl, Esq.
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101-1111

OF COUNSEL