IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY HICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-1017-WKW |
| | ) |
| CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion to Allow Substitution of Deposition Testimony (Doc. # 14), it is ORDERED that the motion is GRANTED. The plaintiff shall file the final draft of the deposition transcript **on or before December 28, 2007**.

DONE this 21st day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE