IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| GARY HICKS | |
| Plaintiff, | |
| VS. | * CIVIL ACTION NO.: 2:06-CV-1017-WKW |
| THE CITY OF MONTGOMERY | * PLAINTIFF DEMANDS TRIAL BY JURY |
| and | |
| CHIEF ARTHUR BAYLOR | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ADDITIONAL TIME
FOR THE SUBSTITUTION OF DEPOSITION TESTIMONY**

1. The attorney for the Plaintiff's office was closed from noon on the 21st of December until the 27th of December 2007. The attorney for the Plaintiff was out of state from the 26th of December 2007 until January 1, 2008, and not back to his office until January 2, 2008. Upon returning on January 2nd, the attorney for the Plaintiff first received notice that the Court had granted an extension of time to file the final draft of the deposition transcripts on or before December 28, 2007.

2. Due to the holidays and the attorney for the Plaintiff being out of state throughout the time set forth in the Court's Order, the attorney for the Plaintiff was unable to respond.

3. The Court Reporter has advised the attorney for the Plaintiff that the final copy of the depositions will be submitted to him by this afternoon, January 2nd, 2008.

4. The attorney for the Plaintiff is scheduled to be in depositions to begin at 1:30

Eastern Standard Time in Douglasville, Georgia, and is scheduled to be in mediation on January 3rd.

5. The Plaintiff would move the Court to allow the substitution of the deposition testimony to be submitted to the Court by January 4th, and would apologize to the Court for not responding to the Court's Order setting the deadline of December 28, 2007, but because of the foregoing was unaware of the Court's Order.

Respectfully submitted this the 2nd day of January, 2008.

_____
J. BERNARD BRANNAN, JR. (BRA022)
Attorney for Plaintiff

OF COUNSEL:
THE BRANNAN LAW FIRM, P.C.
602 South Hull Street
Montgomery, Alabama 36104
Telephone:   334/264-8118
Facsimile:   334/263-7598
Email:       jbb@brannanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing on the parties listed below by placing same in the U.S. mail, postage prepaid, on this 2nd day of January, 2008.

Kimberly O. Fehl, Esq.
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101-1111

_____
OF COUNSEL