IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY HICKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-1017-WKW |
| ) | |
| CITY OF MONTGOMERY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion for Additional Time for the Substitution of Deposition Testimony (Doc. # 16), it is ORDERED that the motion is GRANTED. The plaintiff shall file the final draft of the deposition transcript **on or before January 4, 2008**.

DONE this 4th day of January, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE