IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| GARY HICKS | * |
| Plaintiff, | * |
| VS. | * CIVIL ACTION NO.: 2:06-CV-1017-WKW |
| THE CITY OF MONTGOMERY | * |
| and | * |
| CHIEF ARTHUR BAYLOR | * |
| Defendants. | * |

RECEIVED
2008 JAN -9 P 4:25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The parties in this action had a face-to-face settlement conference on December 12, 2007, and were unsuccessful in reaching any agreement. Based upon the posture of the case and the positions of the parties, it is the consensus of the attorneys representing the parties that mediation in this cause would not be fruitful.

Respectfully submitted this the 4th day of January, 2008.

J. BERNARD BRANNAN, JR. (BRA022)
Attorney for Plaintiff

OF COUNSEL:
THE BRANNAN LAW FIRM, P.C.
602 South Hull Street
Montgomery, Alabama 36104
Telephone:   334/264-8118
Facsimile:   334/263-7598
Email:       jbb@brannanlaw.com


SCANNED
KR 1/8/08

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a copy of the foregoing on the parties listed below by placing same in the U.S. mail, postage prepaid, on this 9th day of January, 2008.

Kimberly O. Fehl, Esq.
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101-1111

_____
OF COUNSEL