IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY HICKS, | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *   CASE NO:  2:06-CV-1017-WKW |
| | * |
| THE CITY OF MONTGOMERY and | * |
| CHIEF ARTHUR BAYLOR, | * |
| | * |
|     Defendants. | * |

## WITNESS LIST OF DEFENDANTS

**COME NOW** Defendants, City of Montgomery and Chief Arthur Baylor, by and through counsel, and submit the following list of potential witnesses for trial in the above styled action.

Probable witnesses:

1. Major Celia Dixon
   Montgomery Police Department
   320 North Ripley Street
   Montgomery, Alabama 36104
   334.241.2050

2. Chief A.D. Baylor
   Montgomery Police Department
   320 North Ripley Street
   Montgomery, AL 36104
   334.241.2050

3. Lt. Col. K.J. Murphy
   Montgomery Police Department
   320 North Ripley Street
   Montgomery, AL 36104
   334.241.2050

4. Assistant Fire Chief W.D. Davis
   Montgomery Fire Department
   19 Madison Avenue

        Montgomery, AL  36104
        334.241.2050

5.      Mayor Bobby N. Bright
        City of Montgomery
        103 North Perry Street
        Montgomery, AL  36104
        334.241.2050

6.      Director Barbara M. Montoya
        Montgomery City/County Personnel Department
        27 Madison Avenue
        Montgomery, AL  36104
        334.241.2050

7.      David J. Morris
        Fleet Management Department of City of Montgomery
        934 North Ripley Street
        Montgomery, AL  36104
        334.241.2050

B.    May call as witnesses:

    8.    Any witness listed by Plaintiff or Plaintiff's counsel.

    9.    Any witness necessary for rebuttal or impeachment testimony.

Submitted this the 13th day of February, 2008.

                                          __/s/ Kimberly O. Fehl_____
                                          Kimberly O. Fehl (FEH001)
                                          Attorneys for Defendant

OF COUNSEL
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2008, I electronically filed the foregoing with the Court of the Clerk using the CM/ECF system to be upon the following:

J. Bernard Brannan, Jr.
*The Brannan Law Firm, P. C.*

602 South Hull Street
Montgomery, AL 36104

                                    /s/ Kimberly O. Fehl
                                     OF COUNSEL