IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GARY HICKS,** | \* |
| | \* |
| **Plaintiff,** | \* |
| | \* |
| vs. | \*   CASE NO:  2:06-CV-1017-WKW |
| | \* |
| **THE CITY OF MONTGOMERY and** | \* |
| **CHIEF ARTHUR BAYLOR,** | \* |
| | \* |
| **Defendants.** | \* |

## EXHIBIT LIST OF DEFENDANTS

**COME NOW** Defendants, City of Montgomery and Chief Art Baylor, by and through counsel, and submit the following list of exhibits that may be used for trial in the above styled action.

1. Montgomery Police Department duty roster for January 10, 2006.

2. Montgomery Police Department duty roster for July 27, 2006.

3. Montgomery Police Department duty roster for July 28, 2006.

4. Montgomery Police Department transfer sheet and duty roster for October 27, 2006.

5. Fuel Master Transaction Listing.

5. Any exhibit listed on Plaintiff's Exhibit List.

Defendants reserve the right to offer exhibits necessary for impeachment or rebuttal.

Submitted this the 13th day of February, 2008.

                                                                     /s/ Kimberly O. Fehl
                                                          Kimberly O. Fehl (FEH001)
                                                          Attorney for Defendant

OF COUNSEL
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that foregoing has been served upon the following by PACER/electronic filing or by placing a copy of same in the United States Mail, postage prepaid, this 13th day of February 2008:

J. Bernard Brannan, Jr.
The Brannan Law Firm, P. C.
602 South Hull Street
Montgomery, AL 36104

/s/ Kimberly O. Fehl
OF COUNSEL