IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| GARY HICKS | * |
| | * |
| Plaintiff, | * |
| | * |
| VS. | * CIVIL ACTION NO.: 2:06-CV-1017-WKW |
| | * |
| THE CITY OF MONTGOMERY | * PLAINTIFF DEMANDS TRIAL BY JURY |
| | * |
| and | * |
| | * |
| CHIEF ARTHUR BAYLOR | * |
| | * |
| Defendants. | * |

## PLAINTIFF'S FIRST WITNESS LIST

COMES NOW the Plaintiff, Gary Hicks, by and through his counsel of record and files this Witness List:

1. Mayor Bobby Bright
   City Hall
   103 North Perry Street
   Montgomery, AL 36104

2. Arthur Baylor
   Chief of Police
   320 North Ripley Street
   Montgomery, AL 36104

3. Kevin Murphy
   Major of Patrol Division
   Montgomery Police Department
   320 North Ripley Street
   Montgomery, AL 36104

4. Major Celia J. Dixon
   Montgomery Police Department
   320 North Ripley Street
   Montgomery, AL 36104

5. Barbara M. Montoya
   Personnel Director
   27 Madison Avenue, 1st Floor
   Montgomery, AL 36104

6. Captain E. A. McCloud
   Montgomery Police Department
   320 N. Ripley Street
   Montgomery, AL 36104

7. Captain Purvis Fleming
   Montgomery Police Department
   320 N. Ripley Street
   Montgomery, AL 36104

8. Captain John McCall
   Montgomery Police Department
   320 N. Ripley Street
   Montgomery, AL 36104

9. Darick Wilson
   Alabama ABC Board
   2715 Gunter Park Drive, West
   Montgomery, AL 36109

10. Captain Terry Essex
    Montgomery Police Department
    320 N. Ripley Street
    Montgomery, AL 36104

11. Lieutenant Neil McMahon
    Montgomery Police Department
    320 N. Ripley Street
    Montgomery, AL 36104

12. Chief James C. West
    Eufaula Police Department
    Eufaula, Alabama 36028

Respectfully submitted on this the 13th day of February, 2008.

J. BERNARD BRANNAN, JR (BRA022)
Attorney for Plaintiff

OF COUNSEL:
THE BRANNAN LAW FIRM, P.C.
602 South Hull Street
Montgomery, Alabama 36104
Telephone: (334) 264-8118

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record by placing same in the United States Mail, postage prepaid and properly addressed on this the ___ day of February, 2008.

Kimberly O. Fehl
Assistant City Attorney
Post Office Box 1111
Montgomery, Alabama 36101-1111

_____
OF COUNSEL