IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| **GARY HICKS** | * |
| Plaintiff, | * |
| VS. | * CIVIL ACTION NO.: 2:06-CV-1017-WKW |
| | * |
| **THE CITY OF MONTGOMERY** | * PLAINTIFF DEMANDS TRIAL BY JURY |
| and | * |
| **CHIEF ARTHUR BAYLOR** | * |
| Defendants. | * |

## PLAINTIFF'S EXHIBIT LIST

COMES NOW the Plaintiff, Gary Hicks, by and through his counsel of record, and files this Exhibit List:

1. Investigative file of the Internal Affairs investigation of Major Kevin Murphy;

2. Internal Memorandum referring to Plaintiff Hicks as being confined to the jail;

3. Montgomery Police Department Policy Manual;

4. City of Montgomery Internal Investigation Warning;

5. Internal Memorandum referring to a Change in Call Numbers;

6. Internal Memorandum referring to Daily Activity Report;

7. Memorandum to Gary Hicks from Kevin Murphy referring to Daily Entry;

8. Internal Memorandum to Division Commanders referring to Transfers/Assignments;

9. Internal Memorandum to All Personnel referring to Radio Call Numbers;

10. Internal Memorandum referring to Chain of Command;

11. Internal Memorandum from Chief Arthur D. Baylor to Major K. J. Murphy referring to Captain G. D. Hicks;

12. Internal Memorandum from Captain G. D. Hicks to Assistant Fire Chief W. D. Davis referring to Recommendation of Trial Board Hearing;

13. Internal Memorandum from Captain G. D. Hicks to Captain T. B. Essex referring to Request to Rescind Letter of Reprimand;

14. Internal Memorandum from Captain T. B. Essex to Captain G. D. Hicks referring to Letter of Reprimand; Violation of Article I, Section 1.330; Duties Responsible Employment; Proper Discharge of Assignment;

15. Internal Memorandum from Captain G. D. Hicks to Major K. J. Murphy, through Captain T. B. Essex, referring to Robbery Detail;

16. Internal Memorandum from Chief A. D. Baylor to Captain G. D. Hicks referring to Duties of Responsible Employment; Proper Discharge of Assignment;

17. Email from Kevin Murphy to numerous people referring to "Good Quote" - a quote from General George S. Patton, Jr., May 1941.

_____
J. BERNARD BRANNAN, JR. (BRA022)
Attorney for Plaintiff

OF COUNSEL:
THE BRANNAN LAW FIRM, P.C.
602 South Hull Street
Montgomery, Alabama 36104
Telephone:   334/264-8118
Facsimile:   334/263-7598
Email:       jbb@brannanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing on the parties listed below by placing same in the U.S. mail, postage prepaid, on this __13th__ day of February, 2008.

Kimberly O. Fehl
Assistant City Attorney
Post Office Box 1111
Montgomery, Alabama 36101-1111

_____
OF COUNSEL