**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **GARY HICKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 2:06-cv-1017-WKW** |
| ) | |
| **CITY OF MONTGOMERY,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

It is ORDERED that the pretrial in this matter is CONTINUED from February 20, 2008, to **Friday, February 29, 2008, at 10:15 a.m.**

DONE this 15th day of February, 2008.

　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE