IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GARY HICKS**, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: **2:06-CV-1017-WKW-WC** |
| | ) |
| **CITY OF MONTGOMERY**, and | ) |
| **ARTHUR BAYLOR**, | ) |
|     Defendants. | ) |

### NOTICE OF APPEARANCE FOR DEFENDANTS

**COMES NOW** Allison H. Highley and notices this Honorable Court that she hereby enters her appearance as co-counsel of record for Defendants City of Montgomery and Arthur Baylor in the above-styled action.

Respectfully submitted this 20th day of February 2008.

                                                /s/ Allison H. Highley
                                                Allison H. Highley (HIG024)
                                                Attorney for the Defendants

**OF COUNSEL:**
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

### CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I sent a copy of the foregoing Notice of Appearance to the Plaintiff via U.S. mail, first-class postage pre-paid to: J. Bernard Brannan, Jr., 602 South Hull Street, Montgomery, Alabama 36104.

                                                /s/ Allison H. Highley
                                                Allison H. Highley (HIG024)