IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY HICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-1017-WKW |
| | ) |
| CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

It is ORDERED that the pretrial in this matter is CONTINUED generally.

DONE this 26th day of February, 2008.

                                /s/  W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE