IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **GARY HICKS,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO: 2:06-CV-1017-WKW |
| | * | |
| **THE CITY OF MONTGOMERY and** | * | |
| **CHIEF ARTHUR BAYLOR,** | * | |
| | * | |
| Defendants. | * | |

## CONFLICT DISCLOSURE STATEMENT

By and on behalf of the City of Montgomery the undersigned attorney hereby makes and files the following disclosure statement:

1. The City of Montgomery is a municipal corporation located in Montgomery, Alabama.

2. The City of Montgomery is a governmental entity and has no other reportable relationships to disclose.

Dated this the 29th day of February, 2008.

/s/ Kimberly O. Fehl
Counsel for
City of Montgomery
City of Montgomery Legal Department
103 N. Perry St.
Montgomery, AL 36101
(Phone) 334-241-2050
(Fax) 334-241-2310

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of February, 2008, I electronically filed the foregoing with the Court of the Clerk using the CM/ECF system to be upon the following:

J. Bernard Brannan, Jr.
*The Brannan Law Firm, P. C.*
602 South Hull Street
Montgomery, AL 36104

/s/ Kimberly O. Fehl
OF COUNSEL