N THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GARY HICKS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CASE NO: 2:06-CV-1017-WKW |
| | * |
| **THE CITY OF MONTGOMERY and** | * |
| **CHIEF ARTHUR BAYLOR,** | * |
| | * |
| Defendants. | * |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Defendant Arthur Baylor, a defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Arthur Baylor is an individual. There is no reportable entity for this party.

Respectfully submitted this 29th day of February, 2008.

/s/ Kimberly O. Fehl
Counsel for
City of Montgomery
City of Montgomery Legal Department
103 N. Perry St.
Montgomery, AL 36101
(Phone) 334-241 -2050
(Fax) 334-241-2310

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of February, 2008, I electronically filed the foregoing with the Court of the Clerk using the CM/ECF system to be upon the following:

J. Bernard Brannan, Jr.
*The Brannan Law Firm, P. C.*
602 South Hull Street
Montgomery, AL 36104

                                                 /s/ Kimberly O. Fehl
                                                  OF COUNSEL